ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ARTEM ZAZULYAK,<br><br>Defendant. | **WAIVER OF INDICTMENT**<br><br>S2 26 Cr. 270 (ALC) |

The above-named defendant, who is accused of violating Title 18, United States Code, Sections 371, 1951, 2314, and 2315, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

Artem Zazulyak
Defendant

Witness

Michael Gilbert, Esq.
Lucas Amodio, Esq.
Attorneys for Defendant

Dated: New York, New York
July 29, 2026